CHIEF EDITOR    -    -    -    - W. J. TOSSELL
Business Manager, J. F. Laning
Secretary and Treasurer, S. R. Laning
Subscription Manager, Sam.H. Terrey

SUBSCRIPTION PRICES and TERMS
Per year (50 issues)..........................$15.00
Address all communications to:
The Law Abstract Co., 203 St. Clair Ave.
Cleveland, O.

Hon. Atlee Pomerene pays Cleveland a distinguished honor, by entering into the practice of law in this city, upon his retiring from the Ohio U. S. Senatorship. Undoubtedly he has attractive offers for partnership from New York and Washington law firms, but has acted wisely in preferring a place in the growing Ohio Metropolis.

We wish to observe that The Abstract is not publishing selected cases merely. While it may contain some opions that may be thought of slight importance, yet, we are taking them as they come, and prefer to let the lawyer discard those he rejects, rather than to omit anything. While the value of an opinion as a precedent may be weak with some attorneys they may be useful to others.

With six additional common pleas judges, and one new federal judge for this district, the amount of case law produced will soon be greatly increased. This will make more material for The Abstract, but all the cases will be published with dispatch—the more the merrier.

You have only a passing need for a precedent, after your case has been heard and lost. Precedents help you out, before you lose, when you have a chance to win by them, and as an aftermath they are likely to be an aggravation to you. It is also true that precedents may lose their vitality if they become stale. When current cases are six months or so overdue, you will probably lose interest in them or ignore looking for them and may become forgetful of them; when, if they were but of a few days' or weeks' standing, you would have a keen interest in them, and by their potentiality, save your case. It is the aim and province of The Abstract to make all the new Ohio case law known to its readers, with the most absolute haste and usefulness, and thus introduce preparedness into their work.

### INFORMATION CLEARING SERVICE

Inquiries reach us frequently from our lawyer subscribers who desire to know where or to whom to write to obtain a full opinion, or wish to ask us for other information relative to some case that has appeared in The Abstract, or to learn whether we have or know of opinion on certain subjects. We regard the giving to our subscribers of such information as we can, along these lines, as an adjunct of the business we are conducting, and will respond cheerfully and promptly to all such queries.

## SUPREME COURT of U. S.

No New Ohio Cases This Week

## COURT OF APPEALS of U. S.
### CINCINNATI

U. S. COURT OF APPEALS, SIXTH CIRCUIT

No New Ohio Cases This Week.

## DISTRICT COURTS of U. S.

### NORTHERN AND SOUTHERN DISTS. OF OHIO

The State of Ohio, with reference to these courts, constitutes two judicial districts, known as the Northern District of Ohio, and the Southern District of Ohio.

These two districts have two divisions each, known and comprised by counties, as follows:

**NORTHERN DISTRICT:**

#### Cleveland, Youngstown, Toledo

Eastern Division—Ashland, Ashtabula, Carroll, Columbiana, Crawford, Cuyahoga, Geauga, Holmes, Lake, Lorain, Mahoning, Medina, Portage, Richland, Stark, Summit, Trumbull, Tuscarawas and Wayne.

Western Division—Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca, Van Wert, Williams, Wood and Wyandot.

**SOUTHERN DISTRICT:**

#### Cincinnati, Dayton, Columbus

Eastern Division — Athens, Belmont, Coshocton, Delaware, Fairfield, Fayette, Franklin, Gallia, Guernsey, Harrison, Hancock, Jackson, Jefferson, Knox, Licking, Logan, Madison, Meigs, Monroe, Morgan, Morrow, Muskingum, Noble, Perry, Pickaway, Pike, Ross, Union, Vinton and Washington.

Western Division—Adams, Brown, Butler, Champaign, Clark, Clermont, Clinton, Darke, Green, Hamilton, Highland, Lawrence, Miami, Montgomery, Preble, Scioto, Shelby and Warren.

---

No. 198

KNIGHT et al v. MILNER & Co.

U. S. District Court, N. D. Ohio, W. D.

No. 333, September 29, 1922

This opinion has not been published except in Abstract.

TRADEMARK—Unlawful imitation of—Deception of public—Garning benefit of trademark reputation.

WESTENHAVER, D. J.:

Epitomized Opinion

The owner of the trademark "Fruit of the Loom" had been licensing manufacturers of shirts using his goods in their makes for 30 years, to use his mark, and they became widely known, as "Fruit of the Loom shirts." Defendant had shirts made from the goods, with "Fruit of the Loom" stamped on the neck band, and advertise them as "Genuine Fruit of the Loom shirts." Held:

It is unlawful to so closely imitate a trademark as to confuse the public, so that the imitator benefits by the reputation and good will esablished by the owner of the trade mark, and such a use will be enjoined.